### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CURTIS DUVALL**                                                        **PLAINTIFF**

**V.**                            **No. 4:25-cv-00835-ERE**

**FRANK BISIGNANO, Commissioner**
**of the Social Security Administration**                  **DEFENDANT**

### JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22 day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE